①

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-28 |
| | ) |
| DAVID P. RAHN, | ) |
| | ) |
| Defendant. | ) SEALED UNSEALED |
| | 2/25/08 /GJK |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant David P. Rahn, except for the limited purpose of permitting the U.S. Marshals Service or the U.S. Secret Service to enter into NCIC the arrest warrant.



FILED
FEB 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: February 14, 2008

AND NOW, to wit, this __15__ day of __February__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of David P. Rahn, except for the limited purpose of permitting the U.S. Marshals Service or the U.S. Secret Service to enter the arrest warrant on NCIC.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge