(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-28 |
| ) | |
| DAVID P. RAHN, ) | |
| ) | |
| Defendant. ) | SEALED UNSEALED 2/25/08 KJK |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, David P. Rahn, pursuant to an Indictment returned against him by the Federal Grand Jury on February 14, 2008.

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: February 14, 2008



FILED

FEB 14 ...

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW, this __15__ day of __February__, 2008, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of David P. Rahn.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge