IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>            Plaintiff,                              )<br>                                                           )<br>    v.                                                  )   Crim. No. 08-28-SLR<br>                                                           )<br>DAVID P. RAHN,                              )<br>                                                           )<br>            Defendant.                         )  | |

**O R D E R**

At Wilmington this 7th day of April, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Wednesday, April 16, 2008 at 9:00 a.m.**, with the court initiating said call.

2. The time between this order and April 16, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge