AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

DAVID P. RAHN

**WARRANT FOR ARREST**

Case Number: 08-28-UNASLR

To: The United States Marshal
   and any Authorized United States Officer

**SEALED**

YOU ARE HEREBY COMMANDED to arrest _____ DAVID P. RAHN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

MAIL FRAUD, et al.

in violation of Title ____18, et al.,____ United States Code, Section(s) _____ 1341, et al. _____

PETER T. DALLEO
Name of Issuing Officer

Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

at WILMINGTON, DE
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

844 King St Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/15/08 | William David, USMS | |
| DATE OF ARREST | | |
| 2/25/08 | | |