IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :
                                   :
          Plaintiff,           :
                                   :
        v.                  :     Criminal Action No. 08-28-SLR
                                   :
DAVID P. RAHN,            :
                                   :
          Defendant.      :

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, David P. Rahn, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender,  hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

 In support of this motion, Mr. Rahn avers as follows:

1.     On or about May 21, 2008, Mr. Rahn appeared before this Court and plead guilty to counts one and two of the Indictment charging him with mail fraud, in violation of Title 18, United States Code, § 1341.  Sentencing is currently set for August 26, 2008.

2.     Mr. Rahn is requesting a postponement of the Sentencing Hearing because defense counsel is awaiting the completion of a forensic evaluation and report of Mr. Rahn by Gary M. Glass, M.D., Forensic Psychiatrist.

3.     Dr. Glass, met with and conducted a psychological examination and testing on  Mr. Rahn on June 24, 2008.  However, because of the complexities involved, he has not completed the full analysis and report as of the date of this motion.  Moreover, Dr. Glass has found it necessary to

PDF created with pdfFactory Pro trial version www.pdffactory.com

conduct further psychological testing of Mr. Rahn

4.    Counsel believes that Dr. Glass' assessment of Mr. Rahn will be germaine to support the defense's efforts at sentencing mitigation.

5.    Neither the government nor the probation office objects to Mr. Rahn's request for a postponement.

6.    Counsel has discussed the need for this postponement with Mr. Rahn and he is in full agreement with the request.

7.    Accordingly, defendant believes that, in the interests of justice, a postponement of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, David P. Rahn, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for approximately 45 days, until or about September 29th or 30th, 2008[1] if such date is consistent with the Court's calendar.

Respectfully submitted,

  /s/ *Edson A. Bostic*
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for David P. Rahn

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: July 24, 2008

---

[1] Counsel for the government has informed that he will be unavailable due to earlier personal commitments, from October 1 through October 20, 2008.  Therefore, alternatively, Counsel would respectfully request that the Court schedule the matter for a date after October 20, 2008.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　:　　Criminal Action No. 08-28-SLR
　　　　　　　　　　　　　　　　　　:
DAVID P. RAHN,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.　　　　　　:

**<u>ORDER</u>**

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Rahn's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court