IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-28-SLR |
| DAVID P. RAHN, | : | |
| Defendant. | : | |

# ORDER

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this  28th  day of  July , 2008, that Defendant Rahn's Sentencing Hearing shall be on the  30th  day of  September , 2008, at  4:30  a.m./(p.m.)

Honorable Sue L. Robinson
United States District Court